Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff Maria D. Vasquez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. VASQUEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. CV 09-06612-DTB<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/100's ($3,200.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 23, 2011

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees

- 1